Commonwealth *v.* Tracy, Appellant.

Submitted December 7, 1970. *Thomas S. McCready,* Public Defender, for appellant; *John Deutsch,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Tucker, Appellant.

Submitted December 7, 1970. *Wilbert Tucker,* appellant, in propria persona; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.